# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 5, 2005

128400

ELIZABETH RATHBURN, Individually and as
Next Friend of JUSTIN WADE CHILDREY, a
Minor,
      Plaintiff-Appellant,

v

CHILDREN'S HOSPITAL OF MICHIGAN,
PATRICIA SIEGEL, Ph.D., SANFORD
COHEN, M.D., STEVE COHEN, Ph.D.,
JOSEPH KAPLAN, M.D., DR. ABDEL-HAQ,
M.D., ELIZABETH SECORD, M.D.,
and DR. PILTCH, M.D.,
      Defendants-Appellees.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 128400
COA: 250126
Wayne CC: 02-235017-NO

_____/

On order of the Court, the application for leave to appeal the March 1, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH and KELLY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 5, 2005

_____
Clerk

p1128